518 A.2d 251

**Thomas J. BUSHYAGER, Petitioner,**

**v.**

**Harry D. SHARGEL.**

Supreme Court of Pennsylvania.

Nov. 17, 1986.

Petition for Allowance of Appeal GRANTED, No. 146 E.D. Appeal Docket 1986.